## Commonwealth of Massachusetts
## Department of Children and Families
## Foster Care Dictation Report

### Foster Care Dictation Information

| | | | |
|---|---|---|---|
| **Resource Name** | Burke, Catherine & Michael | **Resource ID** | 937620 |
| **From Date** | 04/11/2023 | **To Date** | 01/05/2022 |
| **Contact Method** | All | **Contact Purpose** | All |
| **Staff Member** | All | **Narrative** | |

| Staff Member | Contact Date | Contact Method | Contact Purpose | Contact With/Attempted – Role – No Visit Reason |
|---|---|---|---|---|
| Dawn M. Sweetman | 04/11/2023 - 11:30 AM | Telephone Call | Supervision | |
| Narrative:- LS denied at license review meeting - family notified in writing and verbally. | | | | |
| Tywanna Jones | 04/10/2023 – 09:09 AM | Correspondence | Obtain/Provide Information | Catherine Burke ▓▓▓ - Primary Caregiver<br>Michael Burke ▓▓▓ - Secondary Caregiver |
| Narrative:- FRSW mailed Catherine and Michael Burke the License Study Denial letter. | | | | |
| Tywanna Jones | 04/07/2023 - 04:39 PM | Email | Regional Clinical Review | |
| Narrative:- The Burke Family's License Study Denial Letter is uploaded to this dictation*** | | | | |
| Tywanna Jones | 04/05/2023 - 04:22 PM | Email | Obtain/Provide Information | |
| Narrative:- ***The License Study Denial Letter has been uploaded electronically.*** | | | | |

From: Jones, Tywanna
Sent: Wednesday, April 5, 2023 4:16 PM
To: Sweetman, Dawn (DCF) ▓▓▓▓ @mass.gov>
Subject: RE: denial letter

Will do.  Thank you.

Be safe, stay healthy, enjoy your day,

Tywanna Jones
Tywanna Jones
Western Regional ADLU-A
140 High Street, 2nd Floor
Springfield, MA 01105
▓▓▓▓

## Foster Care Dictation Information

| | | | |
|---|---|---|---|
| **Resource Name** | Burke, Catherine & Michael | **Resource ID** | 937620 |
| **From Date** | 04/11/2023 | **To Date** | 01/05/2022 |
| **Contact Method** | All | **Contact Purpose** | All |
| **Staff Member** | All | **Narrative** | |

| Staff Member | Contact Date | Contact Method | Contact Purpose | Contact With/Attempted – Role – No Visit Reason |
|---|---|---|---|---|
| ███████ | | | | |

The information contained in or accompanying this e-mail is intended only for the use of the stated recipient and may contain information that is confidential and/or privileged. If the reader is not the intended recipient or the agent thereof, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited and may constitute a breach of confidence and/or privilege. If you have received this e-mail in error, please notify me via return e-mail and permanently delete the original with its attachments and destroy all copies.

From: Sweetman, Dawn (DCF) ███████████@mass.gov>
Sent: Wednesday, April 5, 2023 4:15 PM
To: Jones, Tywanna ████████████@mass.gov>
Subject: denial letter

Please print this for the record and to mail the family...I will send assessment in a bit. We should get it out in the mail this week if possible. Thank you

| Tywanna Jones | 03/31/2023 - 04:43 PM | Telephone Call | Obtain/Provide Information | |
|---|---|---|---|---|

Narrative:- FRSW Jones received a call from Kitty and Mike. FRSW shared that the LRT's decision was to not approve their license study. FRSW explained decision based on policy. The couple was expressed frustration, that DCF was basing the decision on "what ifs" and being discriminatory because of their religion. They requested a copy of their license study. Kitty inquired, FRSW confirmed they will be offered an opportunity to appeal the decision re: Fair Hearing. The couple will be appealing the decision. FRSW explained the license study needed to be updated to reflect the recent LRT decision. Once approved, the couple will be mailed a packet that includes a letter for licensing denial along w/ policy to support the decision, a copy of the license study and fair hearing information. FRSW informed Kitty and Mike that will speak with supervisor next week, should then be able to update them as to when documents expected to be mailed.

| Tywanna Jones | 03/31/2023 - 04:42 PM | Email | Obtain/Provide Information | |
|---|---|---|---|---|

Narrative:- From: Jones, Tywanna
Sent: Friday, March 31, 2023 3:02 PM
To: Kitty B. ████████████ Michael Burke ████████████
Subject: Update regarding today's meeting
Importance: High

Hi Kitty and Mike,

As you know, there was a meeting today to discuss your license study. A decision was made regarding your license study. Instead of waiting the entire weekend, since I am able to, I would like to update you as soon as possible. If you are available for a virtual meeting or telephone call, please share the best times to reach you. Thank you.

## Foster Care Dictation Information

| | | | |
|---|---|---|---|
| **Resource Name** | Burke, Catherine & Michael | **Resource ID** | 937620 |
| **From Date** | 04/11/2023 | **To Date** | 01/05/2022 |
| **Contact Method** | All | **Contact Purpose** | All |
| **Staff Member** | All | **Narrative** | |

| Staff Member | Contact Date | Contact Method | Contact Purpose | Contact With/Attempted – Role – No Visit Reason |
|---|---|---|---|---|

Be safe, stay healthy, enjoy your day,

Tywanna Jones
Tywanna Jones
Western Regional ADLU-A
140 High Street, 2nd Floor
Springfield, MA 01105
▬▬▬▬▬▬▬▬

The information contained in or accompanying this e-mail is intended only for the use of the stated recipient and may contain information that is confidential and/or privileged. If the reader is not the intended recipient or the agent thereof, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited and may constitute a breach of confidence and/or privilege. If you have received this e-mail in error, please notify me via return e-mail and permanently delete the original with its attachments and destroy all copies.

| Tywanna Jones | 03/31/2023 - 04:23 PM | Video Conferencing | Area Clinical Review | |

Narrative:- A License Review Team meeting was held today to discuss Catherine "Kitty" and Michael "Mike" Burke's license study. Acknowledged were family strengths, this including their willingness to parent a child w/ moderately significant medical, mental health and behavioral needs, their openness to maintaining birth family connections and resiliency regarding their respective mental health. Issue(s) of concern for which the couple's license study was denied is based on the couple's statements/responses regarding placement of children who identified LGBTQIA. The LRT clinical decision was that prospective family, Kitty and Mike, would not be affirming to a child who identified LGBTQIA.

Supervisor, Dawn, will update the license study to reflect the LRT's decision for denial and submit for final approval. Once approved by Regional Clinical Director, Anna Moynahan, a letter will be sent to the Burke family regarding DCF's decision not to approve their license study. In addition, they will receive a copy of the license study.

FRSW will speak w/ the family today to share LRT's decision.

| Tywanna Jones | 03/28/2023 - 12:31 PM | Email | Obtain/Provide Information | |

Narrative:- From: Jones, Tywanna
Sent: Tuesday, March 28, 2023 12:31 PM
To: Sweetman, Dawn (DCF) ▬▬▬▬▬▬@mass.gov>
Subject: Catherine Burke's Updated Therapist Reference

Hi Dawn,

## Foster Care Dictation Information

| | | | |
|---|---|---|---|
| **Resource Name** | Burke, Catherine & Michael | **Resource ID** | 937620 |
| **From Date** | 04/11/2023 | **To Date** | 01/05/2022 |
| **Contact Method** | All | **Contact Purpose** | All |
| **Staff Member** | All | **Narrative** | |

| Staff Member | Contact Date | Contact Method | Contact Purpose | Contact With/Attempted – Role – No Visit Reason |
|---|---|---|---|---|

Importance: High

Good morning Kitty and Mike,

I hope you enjoyed your weekend.

As previously discussed, your license study is being reviewed by our License Review Team and  management for final recommendations and/or determination.  The meeting is scheduled this Friday afternoon.  Just a thought so if you are able to, great, if not, then no worries.  Because it has been a few months, if you are able to provide updated therapist references that I may submit to the team, it could be beneficial.  For your convenience, I have attached the therapist reference.


Be safe, stay healthy, enjoy your day,

Tywanna Jones
Tywanna Jones
Western Regional ADLU-A
140 High Street, 2nd Floor
Springfield, MA 01105
████████████


The information contained in or accompanying this e-mail is intended only for the use of the stated recipient and may contain information that is confidential and/or privileged. If the reader is not the intended recipient or the agent thereof, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited and may constitute a breach of confidence and/or privilege. If you have received this e-mail in error, please notify me via return e-mail and permanently delete the original with its attachments and destroy all copies.

| | | | | |
|---|---|---|---|---|
| Tywanna Jones | 03/27/2023 - 11:01 AM | Email | Obtain/Provide Information | |

Narrative:- From: Sweetman, Dawn (DCF) ████████ @mass.gov>
Sent: Monday, March 27, 2023 10:41 AM
To: Jones, Tywanna ███████████ @mass.gov>
Subject: RE: LRT - ADLU

Yes
-Please plan to attend if you can.

## Foster Care Dictation Information

| | | | |
|---|---|---|---|
| **Resource Name** | Burke, Catherine & Michael | **Resource ID** | 937620 |
| **From Date** | 04/11/2023 | **To Date** | 01/05/2022 |
| **Contact Method** | All | **Contact Purpose** | All |
| **Staff Member** | All | **Narrative** | |

| Staff Member | Contact Date | Contact Method | Contact Purpose | Contact With/Attempted – Role – No Visit Reason |
|---|---|---|---|---|

-----Original Appointment-----
From: Jones, Tywanna On Behalf Of Moynahan, Anna (DCF)
Sent: Monday, March 27, 2023 10:22 AM
To: Sweetman, Dawn (DCF)
Subject: FW: LRT - ADLU
When: Friday, March 31, 2023 2:00 PM-3:00 PM (UTC-05:00) Eastern Time (US & Canada).
Where: Microsoft Teams Meeting

Morning Dawn,

Is this regarding the Burke family?


-----Original Appointment-----
From: Moynahan, Anna (DCF) ▮▮▮▮▮▮▮▮@mass.gov>
Sent: Monday, March 27, 2023 10:20 AM
To: Moynahan, Anna (DCF); Harris, Theresa (DCF); Sweetman, Dawn (DCF); Levine, Caitlyn (DCF); Molina, Euphemia (DCF); Jones, Tywanna; Clark, Stacy (DCF)
Subject: LRT - ADLU
When: Friday, March 31, 2023 2:00 PM-3:00 PM (UTC-05:00) Eastern Time (US & Canada).
Where: Microsoft Teams Meeting

---

Microsoft Teams meeting
Join on your computer, mobile app or room device
Click here to join the meeting
Meeting ID: 248 099 891 809
Passcode: gGkk6A
Download Teams | Join on the web
Or call in (audio only)
▮▮▮▮▮▮▮▮ United States, Boston
▮▮▮▮▮▮▮▮

Find a local number | Reset PIN
Learn More | Meeting options

| Tywanna Jones | 03/21/2023 - 10:21 AM | Email | Obtain/Provide Information | Catherine Burke ▮▮▮▮ - Primary Caregiver |

## Foster Care Dictation Information

| | | | |
|---|---|---|---|
| **Resource Name** | Burke, Catherine & Michael | **Resource ID** | 937620 |
| **From Date** | 04/11/2023 | **To Date** | 01/05/2022 |
| **Contact Method** | All | **Contact Purpose** | All |
| **Staff Member** | All | **Narrative** | |

| Staff Member | Contact Date | Contact Method | Contact Purpose | Contact With/Attempted – Role – No Visit Reason |
|---|---|---|---|---|
| Western Regional ADLU-A<br>140 High Street, 2nd Floor<br>Springfield, MA 01105<br>████████████<br><br>The information contained in or accompanying this e-mail is intended only for the use of the stated recipient and may contain information that is confidential and/or privileged. If the reader is not the intended recipient or the agent thereof, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited and may constitute a breach of confidence and/or privilege. If you have received this e-mail in error, please notify me via return e-mail and permanently delete the original with its attachments and destroy all copies.<br><br>From: Sweetman, Dawn (DCF)████████████@mass.gov><br>Sent: Monday, March 20, 2023 10:33 AM<br>To: Jones, Tywanna ████████████@mass.gov><br>Subject:<br><br>Hi Tywanna, just checking in to see if we will have the xxxxx update this week?<br><br>Also, want to give you a heads up that Anna has not yet approved Burke assessment and wants to have our specialist review it. I am not sure if you have heard from them, but it has yet to receive final approval at this time. | | | | |
| Tywanna Jones<br>Narrative:-<br>From: Jones, Tywanna<br>Sent: Wednesday, March 8, 2023 9:24 AM<br>To: Kitty B. ████████████<br>Subject: RE: Checking In<br><br>Good morning Kitty,<br><br>I hope that you enjoyed your time away. I confirmed with my supervisor yesterday, she approved your license study. It now sits with management team for their review and decision. At this time, I have not been informed of anything else being required of your family. You are one step closer. ¿<br><br>Be safe, stay healthy, enjoy your day,<br><br>Tywanna Jones | 03/08/2023 - 10:01 AM | Email | Obtain/Provide Information | |

## Foster Care Dictation Information

| | | | |
|---|---|---|---|
| **Resource Name** | Burke, Catherine & Michael | **Resource ID** | 937620 |
| **From Date** | 04/11/2023 | **To Date** | 01/05/2022 |
| **Contact Method** | All | **Contact Purpose** | All |
| **Staff Member** | All | **Narrative** | |

| Staff Member | Contact Date | Contact Method | Contact Purpose | Contact With/Attempted – Role – No Visit Reason |
|---|---|---|---|---|

The information contained in or accompanying this e-mail is intended only for the use of the stated recipient and may contain information that is confidential and/or privileged. If the reader is not the intended recipient or the agent thereof, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited and may constitute a breach of confidence and/or privilege. If you have received this e-mail in error, please notify me via return e-mail and permanently delete the original with its attachments and destroy all copies.

From: Thomas, Melissa (DCF) ████████ @mass.gov>
Sent: Friday, January 13, 2023 4:03 PM
To: Jones, Tywanna ████████ @mass.gov>
Subject: Fax received for you

Hard copy has been placed in your mailbox. ¿

Melissa L. Thomas, Administrative Asst.
DCF Western Regional Office
140 High St., 2nd Fl.
Springfield, MA 01105
████████

| | | | | |
|---|---|---|---|---|
| Tywanna Jones | 01/12/2023 - 01:41 PM | Email | | Obtain/Provide Information |

Narrative:-
From: Jones, Tywanna
Sent: Thursday, January 12, 2023 1:41 PM
To: Kitty B. ████████   Michael Burke ████████
Subject: Follow Up
Importance: High

Hi Kitty and Mike,

Despite the sad occurrences the past year, I hope that the holidays were enjoyable and the new year has been good to you thus far. Kitty, was your first attempt at making, I believe, your aunt's cookie's a success?

I received your license study today, woohoo, you are that much closer to becoming an approved resource. My supervisor has reviewed your license study but I have yet to but will. She had questions and concerns, some of which I was able to answer and alleviate and others that remain, see below.

1. I was aware that you submitted an application with Full Circle Adoption, not that a license study was completed and you were an approved resource; please correct me if I've misspoken. Otherwise, please provide a copy of your license study from Full Circle and, if possible, a closing letter regarding their services to you and/or your work with them, worker's information.

## Foster Care Dictation Information

| | | | | |
|---|---|---|---|---|
| **Resource Name** | Burke, Catherine & Michael | | **Resource ID** | 937620 |
| **From Date** | 04/11/2023 | | **To Date** | 01/05/2022 |
| **Contact Method** | All | | **Contact Purpose** | All |
| **Staff Member** | All | | **Narrative** | |

| Staff Member | Contact Date | Contact Method | Contact Purpose | Contact With/Attempted – Role – No Visit Reason |
|---|---|---|---|---|

2.Please provide Mike's medical reference, or a status update. I was in the office yesterday, had not received it.
3.Mike, please provide verification of any other income received (ie..SSA, VA benefits, etc.).

Thank you. Looking forward to getting your over the last hurdle.


Be safe, stay healthy, enjoy your day,

Tywanna Jones
Tywanna Jones
Western Regional ADLU-A
140 High Street, 2nd Floor
Springfield, MA 01105
█████████████

The information contained in or accompanying this e-mail is intended only for the use of the stated recipient and may contain information that is confidential and/or privileged. If the reader is not the intended recipient or the agent thereof, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited and may constitute a breach of confidence and/or privilege. If you have received this e-mail in error, please notify me via return e-mail and permanently delete the original with its attachments and destroy all copies.

| | | | | |
|---|---|---|---|---|
| Tywanna Jones | 12/22/2022 - 02:37 PM | Email | Obtain/Provide Information | |

Narrative:-
From: Jones, Tywanna
Sent: Thursday, December 22, 2022 9:07 AM
To: Kitty B. ███████████
Subject: RE: Missing Medical Reference for Mike

Good morning Kitty,

No worries. LJ submitted your license study to her manager for review and you know the process thereafter. I don't anticipate receiving the license study prior to the new year. I'm certain you'll forward the reference to me as soon as it is received.

Again, my condolences regarding the loss of your grandmother. Although a huge loss, may your memories of your grandmother bring much joy and comfort to your family. Happy Holidays!!!

## Foster Care Dictation Information

| Resource Name | Burke, Catherine & Michael | | Resource ID | 937620 |
| From Date | 04/11/2023 | | To Date | 01/05/2022 |
| Contact Method | All | | Contact Purpose | All |
| Staff Member | All | | Narrative | |

| Staff Member | Contact Date | Contact Method | Contact Purpose | Contact With/Attempted – Role – No Visit Reason |
| --- | --- | --- | --- | --- |

Thank you,

Nick Garrett, MSW, LCSW
Clinical Supervisor, Adoption Management Services
18 Degrees (Formerly Berkshire Children and Families)
59 Interstate Dr. Ste. 15
West Springfield, MA 01089
██████████████

FAMILY SERVICES FOR WESTERN MASSACHUSETTS


From: Linda-Jeanne Mack ██████ @18degreesma.org>
Sent: Monday, December 19, 2022 3:30 PM
To: Jones, Tywanna (DCF) ████████ @state.ma.us>; Sweetman, Dawn (DCF) ████████ @state.ma.us>
Cc: Nicholas Garrett ██████ @18degreesma.org>
Subject: Re: References missing for Burke

Thanks Tywanna! Just sent my recommendations and final draft to Nick minus the reference. I did recommend approval with conditions, specifically around religion and LGBTQIA++ related issues.

I'll leave it to Nick to move it up the process now!

Have a great holiday if I don't talk to you all!

Linda-Jeanne Mack, LICSW
Assessment Writer
18 Degrees
59 Interstate Dr. Ste. 15
West Springfield, MA 01089


Formerly Berkshire Children and Families

## Foster Care Dictation Information

| | | | |
|---|---|---|---|
| **Resource Name** | Burke, Catherine & Michael | **Resource ID** | 937620 |
| **From Date** | 04/11/2023 | **To Date** | 01/05/2022 |
| **Contact Method** | All | **Contact Purpose** | All |
| **Staff Member** | All | **Narrative** | |

| Staff Member | Contact Date | Contact Method | Contact Purpose | Contact With/Attempted – Role – No Visit Reason |
|---|---|---|---|---|

Be safe, stay healthy, enjoy your day,

Tywanna Jones
Tywanna Jones
Western Regional ADLU-A
140 High Street, 2nd Floor
Springfield, MA 01105
██████████████

The information contained in or accompanying this e-mail is intended only for the use of the stated recipient and may contain information that is confidential and/or privileged. If the reader is not the intended recipient or the agent thereof, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited and may constitute a breach of confidence and/or privilege. If you have received this e-mail in error, please notify me via return e-mail and permanently delete the original with its attachments and destroy all copies.

From: Jones, Tywanna
Sent: Thursday, December 15, 2022 1:04 PM
To: Linda-Jeanne Mack ████████ @18degreesma.org>; Sweetman, Dawn (DCF) ████████ @mass.gov>
Subject: RE: References missing for Burke

Hi LJ,

I met with Kitty and Mike yesterday, completed a physical standard with regards to minor corrective actions required of them. Their home meets requirements. When I explained the approval process (18 Degrees then DCF's), they laughed because I pretty much repeated what you had already explained. I informed them that I'd not seen their license study. Once received, may have additional questions of them; they understood. They are patiently waiting but excited, hopeful to become a resource for DCF very soon.

Be safe, stay healthy, enjoy your day,

Tywanna Jones
Tywanna Jones
Western Regional ADLU-A
140 High Street, 2nd Floor
Springfield, MA 01105
██████████████

## Foster Care Dictation Information

| | | | |
|---|---|---|---|
| **Resource Name** | Burke, Catherine & Michael | **Resource ID** | 937620 |
| **From Date** | 04/11/2023 | **To Date** | 01/05/2022 |
| **Contact Method** | All | **Contact Purpose** | All |
| **Staff Member** | All | **Narrative** | |

| Staff Member | Contact Date | Contact Method | Contact Purpose | Contact With/Attempted – Role – No Visit Reason |
|---|---|---|---|---|

Tywanna Jones
Tywanna Jones
Western Regional ADLU-A
140 High Street, 2nd Floor
Springfield, MA 01105
████████████████████

The information contained in or accompanying this e-mail is intended only for the use of the stated recipient and may contain information that is confidential and/or privileged. If the reader is not the intended recipient or the agent thereof, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited and may constitute a breach of confidence and/or privilege. If you have received this e-mail in error, please notify me via return e-mail and permanently delete the original with its attachments and destroy all copies.

From: Sweetman, Dawn (DCF) ██████████ @mass.gov>
Sent: Sunday, December 11, 2022 8:29 PM
To: Jones, Tywanna ██████████ @mass.gov>
Cc: lmack ██████ @18degreesma.org>
Subject: FW: References missing for Burke

Tywanna – can you please forward the missing references and the standards review write up for Mike's ████████████, to LJ, thank you. Also, please verify that they fingerprinted and that we have a pending BRC for them to link to.  Thank you

From: Linda-Jeanne Mack ██████ @18degreesma.org>
Sent: Friday, December 9, 2022 8:05 PM
To: Sweetman, Dawn (DCF) ██████████ @mass.gov>
Cc: Nicholas Garrett ██████ @18degreesma.org>
Subject: References missing for Burke

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Dawn,

I just finished up writing the Burke home study but before I submit it, I realized that I am missing Mike's medical, Kitty's employment reference, and financials. ██ ██████████████████████████████████████████████████████████████ I also did not see fingerprints in the system.

I'll submit my novel to Nick now and then just add those in later.

## Foster Care Dictation Information

| | | | |
|---|---|---|---|
| **Resource Name** | Burke, Catherine & Michael | **Resource ID** | 937620 |
| **From Date** | 04/11/2023 | **To Date** | 01/05/2022 |
| **Contact Method** | All | **Contact Purpose** | All |
| **Staff Member** | All | **Narrative** | |

| Staff Member | Contact Date | Contact Method | Contact Purpose | Contact With/Attempted – Role – No Visit Reason |
|---|---|---|---|---|

The attached referral acceptance letter(s) is notifying you that an Adoption Contact Provider Agency has accepted the above mentioned cases from your office.

Note:
Please update the Adoption Unit if changes has occurred within the Adoption Supervisor or APM in your office.   Thank you in advance.

FYI:
Please Forward email with Attachment(s) if you have any concerns or questions.  Thank you

Meraly Rivera
Department of Children & Families
Adoption Support Services Unit
████████████████████████

| | | | |
|---|---|---|---|
| Dawn M. Sweetman | 10/18/2022 - 04:43 PM | Email | Supervision |

Narrative:- From: Linda-Jeanne Mack ████████@18degreesma.org>
Sent: Tuesday, October 18, 2022 12:17 PM
To: Sweetman, Dawn (DCF) ████████@mass.gov>
Cc: Nicholas Garrett ████████@18degreesma.org>
Subject: Burke HS

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Dawn!

Do you have any notes from MAPP about this family?

I had an initial meeting with them this morning, lovely people, but I have some concerns that I will need to work through with them.

They had the "right answers" but they are not supportive of LGBTQIA+ youth, we didn't even talk about trans youth, but had some conversations about being gay and their thoughts on that. Mike, the husband, seems much more open and they can think critically about how they'd respond as parents, but their faith is not supportive and neither are they. They also had mentioned that one MAPP instructor said that DCF would not work with them because of this and one told them that wasn't true.

The couple does have a lot of strengths though and really seems to understand adoption/foster care. They have been doing a ton of reading and "get it" in

## Foster Care Dictation Information

| | | | |
|---|---|---|---|
| **Resource Name** | Burke, Catherine & Michael | **Resource ID** | 937620 |
| **From Date** | 04/11/2023 | **To Date** | 01/05/2022 |
| **Contact Method** | All | **Contact Purpose** | All |
| **Staff Member** | All | **Narrative** | |

| Staff Member | Contact Date | Contact Method | Contact Purpose | Contact With/Attempted – Role – No Visit Reason |
|---|---|---|---|---|

terms of identity, trauma, etc. I don't want to let my bias play in but I'm curious how this played out in MAPP.

I also will need to explore their mental health in the individual interviews and that they have mental health histories ███████████████████ I'm not there yet so haven't formed any judgement past initial red flags. Did you all talk to them about this yet?

Thanks in advance!

LJ

| Dawn M. Sweetman | 10/07/2022 - 04:39 PM | Email | Obtain/Provide Information | |

Narrative:- 18 degrees (LJ) will begin working on this assessment next week - initial LS

| Dawn M. Sweetman | 10/03/2022 - 12:58 PM | Email | Obtain/Provide Information | |

Narrative:- Hi there – here is the fingerprint information for you and Michael. You can set this up and attend whenever it is convenient for you. Please save the receipts and let me know when you have completed the printing. I just heard today that LJ Mack is the worker from 18 degrees who is going to complete your licensing homestudy. She will be doing this remotely (via zoom or teams). She will contact you via email/telephone in the next couple of weeks. Her work is great and she has a pretty quick turnaround, so this is good news for us. I will likely ask another worker in the unit to do a walk through of your home later this month, before final licensure to ensure all of the safety requirements continue to be met. They will reach out to you via email/telephone to set that walk through up. Please let me know if you have any other questions. Thank you!

From: Kitty B. ██████████████████
Sent: Wednesday, September 28, 2022 3:26 PM
To: Sweetman, Dawn (DCF) ██████████████ @mass.gov>
Subject: Re: Tywanna

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Dawn,

Attached, please find a PDF with the following:
•Michael: Employer reference, ███████████ (a second letter from ████████████████ was sent to your office via USPS back in May, but unfortunately, that's the only thing I do not have a copy of.)
•Kitty- Medical references from ████████████████████ and ██████████
•Both- profiles
We have not talked about fingerprinting. I know there are a few places nearby that provide those services, but if you have a contact you prefer, we'll happily set up an appointment there.

## Foster Care Dictation Information

| | | | | |
|---|---|---|---|---|
| **Resource Name** | Burke, Catherine & Michael | | **Resource ID** | 937620 |
| **From Date** | 04/11/2023 | | **To Date** | 01/05/2022 |
| **Contact Method** | All | | **Contact Purpose** | All |
| **Staff Member** | All | | **Narrative** | |

| Staff Member | Contact Date | Contact Method | Contact Purpose | Contact With/Attempted – Role – No Visit Reason |
|---|---|---|---|---|
| Tywanna Jones | 06/21/2022 - 09:22 PM | Email | Social Worker Observation | |

Narrative:- \*\*\*MAPP Training Summary\*\*\*

From: Sweetman, Dawn (DCF) ██████████@mass.gov>
Sent: Tuesday, June 21, 2022 1:30 PM
To: Jones, Tywanna ██████████@mass.gov>
Subject: FW: MAPP Sat double sessions group is done 5/21/22 - 6/18/22 Dave Connors and Katie Fialho

I believe Burke is yours?

From: Connors, David (DCF) ██████████@mass.gov>
Sent: Saturday, June 18, 2022 3:59 PM
To: Clark, Stacy (DCF) ██████████@mass.gov>; Sweetman, Dawn (DCF) ██████████@mass.gov>
Subject: MAPP Sat double sessions group is done 5/21/22 - 6/18/22 Dave Connors and Katie Fialho

Small group but really good group.  These are three solid resources.

Attendance
Mike and Kitty Burke attended all modules

Summaries

Catherine "Kitty" and Michael Burke attended the Western Regional MAPP Training, which began on 5/21/22 and ended on 6/18/22.  This was a double sessions Saturday group and they attended all sessions.  Michael and Kitty appear equally motivated to adopt a child in need of permanency.  They seem to have a solid understanding of how trauma can effect people, as Michael spoke openly about his PTSD as a Veteran.  Both of them were active participants throughout MAPP and their comments often helped to enrich the training.  It is anticipated that they will work cooperatively with DCF throughout their adoption journey.

David Connors, LSWA
Commonwealth of Massachusetts
Executive Office of Health and Human Services
Department of Children and Families
Western Regional Office
Adoption Development and Licensing Unit
140 High Street 2nd floor
Springfield, MA 01105